# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN M. DETAR,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | CASE NO. 1:13-cv-02972-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br><br>Docs. 1, 5, 6, 7, 9 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Jonathan M. Detar disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: March 31, 2015

                                               s/Gerald B. Cohn
                                               GERALD B. COHN
                                               UNITED STATES MAGISTRATE JUDGE